## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: PE:24-M-00094(2) |
| | § | |
| (2) Emily Rachael Medley | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, **Aaron Eckman**, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is, accordingly, ORDERED this 7th day of March, 2024.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Language Barrier
Disclosure
   ( )     Please note that at Initial Appearance your client was determined to have a possible language barrier.
           Native language: _____