IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: PE:24-M-00094 (1-3) |
| | § | |
| (1) Willie Ben Lara, et al. | § | |

**STANDING ORDER**

    Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

It is so **ORDERED**.

Signed this 28th day of October, 2020.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE